# **<u>EXHIBIT C</u>**

